**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


LEWIS OWENS                                                                  PLAINTIFF


v.                                    5:06CV00273 WRW/JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                      DEFENDANT


## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received

from Magistrate Judge J. Thomas Ray.  There have been no objections.  After careful review, the

Court concludes that the Proposed Findings and Recommended Disposition should be, and

hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) be and it

hereby is DISMISSED, WITH PREJUDICE.  Judgment shall be entered accordingly.

DATED this 30th day of January, 2008.


                                            /s/Wm. R. Wilson, Jr.
                                 UNITED STATES DISTRICT JUDGE