IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


LEWIS OWENS                                                                                              PLAINTIFF


v.                                          5:06CV00273 WRW/JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT


## JUDGMENT

Pursuant to the Order filed this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case be DISMISSED, WITH PREJUDICE. The relief sought is DENIED.

Dated this 30th day of January, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE